Mark Tzalka.
c/o General Post-Office.
24300 Hartland Street
West Hills, California. 91307-2845

818-262-3725

*In Pro Per, lawful state Citizen*

PAID

MAR 2 7 2018

Clerk, US District Court
COURT 4612

FILED

2018 MAR 27 PM 2:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

LACV18  02480-SVW-JEMx

# UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## LOS ANGELES DIVISION

Mark Tzalka,

_____

Mark Tzalka, lawful state Citizen, real party in interest

Plaintiff,

Automattic, Inc., a Delaware Corporation DBA Wordpress.com, unknown person, also known as thegatekeeper33, John Doe, Jane Doe, et al.

Defendants.

Case No.: _____

**Libel and Defamation**

_____

**COMPLAINT FOR DEFAMATION OF CHARACTER**

Date: _____ ____, 2018
Time: ___:___ pm
Judge:
Courtroom: __ , Department__ ,____ Floor
Place:  U.S. Courthouse, 312 N Spring Street
          Los Angeles, California

## COMPLAINT

Plaintiff, MARK TZALKA, lawful state Citizen and real party in interest ("Plaintiff"), in Pro Per, submits his petition to complain (the "Complaint") for Declaratory Relief, and hereby petitions and alleges against Defendants Wordpress.com, unknown person, (A.K.A) also known as thegatekeeper33, et al. , (collectively "Defendants") as follows:

## PARTIES

ORIGINAL

RG32018

Complaint for Defamation of Character (libel) and Relief

1. Mark Tzalka, lawful state Citizen, residing at 24300 Hartland Street West Hills, California 91307, therefore he brings this suit in the capacity of the injured party to the claim and personal jurisdiction is within this Court.

2. Defendant, Automattic Inc. a Delaware Corporation located at 60 29th Street, #343, San Francisco, CA. 94110, an Incorporated company, doing business as a Wordpress.com, and styled as a blogger service in the State of California and has sufficient minimum contacts necessary to subject it to the jurisdiction of this Court.

3. Upon information and belief, Defendant John Doe, Jane Doe, and Unknown Persons a/k/a thegatekeeper33, is believed to reside in the Los Angeles area, in the State of California and has minimum contacts with Defendants as the person posting said blog and is subject to the jurisdiction of this Court.

4. Defendant, Wordpress.com is located at, 60 29th Street, #343, San Francisco, CA. 94110, and is a subsidiary, acting in conjunction under Automattic, Inc., doing business in the State of California and has sufficient minimum contacts necessary to subject it to the jurisdiction of this Court. Since the occurrence happened in Los Angeles, jurisdiction is proper. See, Exhibit 1 and Exhibit 2.

## JURISDICTION

5. This action arises under the Due Process Clause of the Fifth Amendment, U.S. Const. amend. V; and the APA, 5 U.S.C. § 550 et seq. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1361, and 2201–2202. 22. There exists an actual and justiciable controversy between Plaintiffs and Defendants requiring resolution by this Court.

## VENUE

RG32018                                    Complaint for Defamation of Character (libel) and Relief

6.   Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(c)(2), because this is a civil action in which Defendants are an incorporation entity with residence in the State of California, United States, and unknown citizen resides in Los Angeles, CA., and because a substantial part of the events giving rise to this action occurred in the District, and, further, because Plaintiff resides in this District and no real property is involved in the action.

## GENERAL ALLEGATIONS

7.   Defamation is an invasion of the interest in reputation. It involves (a) a publication that is (b) false, (c) defamatory, and (d) unprivileged, and that (e) has a natural tendency to injure or that causes special damage. Civ. Code §§ 45, 46; see Smith v. Maldonado (1999) 72 Cal.App.4th 637, 645; Seelig v. Infinity Broadcasting Corp. (2002) 97 Cal.App.4th 798, 809. Plaintiff has suffered injury as a result if the posting of thegatekeeper33, which was discovered this year on the Wordpress.com publishing site, that contains malicious statements that are known to be factually untrue, harming the reputation of Plaintiff.

8.   Defendant knowingly produced and published statements of a defamatory nature in a matter of fact, which was defamatory and untrue to which, Plaintiff's reputation has been harmed and caused his business to suffer in lost revenue to an undeterminable amount and extent of time. See exhibit 3.

9.   Defendant knowingly published a false and defamatory statement with the intent to harm the reputation of the defendant on or about April 14, 2014.

10. Defendant, "unknown persons", publication lists the producer of the posting as "thegatekeeper33" in which is placed at the bottom of the page as posted by: and signifies the person responsible for the content placed on the site.

11. Defendant Automattic are a California based company operating as Wordpress.com a site designed

RG32018                                    Complaint for Defamation of Character (libel) and Relief

to publish multiple types of platform information to be distributed to the public via the internet.

12. WordPress.com is an open source platform for the publication of web pages for business and personal use bloggers, and therefore has records of the unknown persons for production in which are located on the property or location designated by the Defendants.

13. Defendant posted remarks which are inaccurate, untrue, or deceptive for the purpose of harming the Plaintiff and gives no facts to the allegations and maliciously aligns Plaintiff's business practices by accusing him of scamming people out of money. The statement made claims "Mark Tzalka is special sort of thief and liar in that he has a respectable background but, somewhere along the line he strayed far off from a decent and moral course." But gives no factual data of such actions or practices on the part of the Plaintiff to prove theft by any means and leaves the many reads to believe that Plaintiff has committed criminal acts against his clients by inference.

14. The Deceptive add continues to remark that "…his actions have caused incalculable harm to many families…" but again gives no factual information to conclude such theory.

15. The unknown person posting the web page hide behind the name "thegatekeeper33" and anonymously maligns the Plaintiff good name and character in an attempt to injury his business and continues to do so as of present.

16. Plaintiff is a resident of California and does not rise to any level of public official or other protected status that does not allow for the remedies available to the court.

17. Plaintiff has made several attempts to remove the posting upon discovery by letters and conversations with WordPress.com officials but have been unable to ascertain the identity of the person responsible by any other means and now looks to the court for remedy.

RG32018                                          Complaint for Defamation of Character (libel) and Relief

## FIRST CAUSE OF ACTION
### libel
### (Defamation of character by publishing)

18. Plaintiff incorporates the allegations in the foregoing paragraphs as though fully set forth herein.

19. Defendant Wordpress.com is a website that allows blogs and others a platform to present a forum of ideas and statements to a large audience. This format opens the doors to the libel statements as caused by the unknown persons of the lawsuit.

20. Libel by defamation of character by publishing is defined as; "Publication" For a statement to be published, a third party must have seen, heard or read the defamatory statement. A third party is someone apart from the person making the statement and the subject of the statement. Unlike the traditional meaning of the word "published," a defamatory statement does not need to be printed in a book. Rather, if the statement is heard over the television or seen scrawled on someone's door, it is considered to be published. This is to include the internet in which statement is posted.

21. Defendants have harmed the Plaintiff by publication of web blog in which non-factual statements were made about the Plaintiff and to the detriment of the Plaintiff's business. The statements are specific to the Plaintiff and his business transactions and could not be confused be any other reading to be determined as the Plaintiff's work, and in so much has been harmed.

22. Plaintiff asserts that the information provided is false and therefore defamatory and seeks relief by removal and all other legal remedies.

## SECOND CAUSE OF ACTION
### Malicious intent
### (Defamation of Character)

RG32018                                  Complaint for Defamation of Character (libel) and Relief

23.    Plaintiff incorporates the allegations in the foregoing paragraphs as though fully set forth herein.

24.    The common law tort of defamation and the Communications Decency Act ("CDA") are inherently based on policy decisions. The tort of defamation signifies that avenging and reducing the harm caused to individuals by defamatory statements is worth some limitations on free speech. *See generally*, Restatement of Torts § 558. In that Defendants speech rises to the level of Defamation and is not protected for the law on impugning or harming an individual by no statement in fact. See, exhibit 3, for statements. In such the Plaintiff seeks relief thereof.

25.    In fact, a defamatory statement made on the Internet will likely cause the same, if not more, harm as a similar statement made in a traditional information service because of the number of people who could potentially read the statement. *See*, Susan Freiwald, Comparative Institutional Analysis in Cyberspace: The Case of Intermediary Liability for Defamation, 14 HARV. J.L. & TECH. 569, 587-88 (2001) ("This means that for victims of those statements that are found to be defamatory, or would be adjudicated, the injury can be extremely large in terms of how many people viewed the defamation and likely responded to it by reducing their opinion of the victim."). Plaintiff contends the enormity of the viewership of Wordpress.com can make the damages incalculable and has been non-mitigated, in so far as the attention of the matter has been made to the proper persons of Wordpress.com to remove the malicious posts. And relief upon which is sought should be grant removal.

26.    Plaintiff claims relief by California's First District Court of Appeal issuance of a published opinion in ZL Technologies v. Does 1-7 (July 21, 2017) 2017 DJ DAR 6999. Krinksy v. Doe 6 (2008) 159 Cal. App. 4th 1154, with the standards that have been adopted in other states, and then modified the California test. Under, *Krinsky*, a party seeking to compel disclosure of the identity of an anonymous online poster must make prima facie showing establishing a valid defamation claim. That includes a showing of a statement of fact (not opinion) with defamatory content, which is false. Such

RG32018                                         Complaint for Defamation of Character (libel) and Relief

a showing is deemed adequate to overcome the countervailing First Amendment rights of the poster to remain anonymous.

27.    Plaintiff claims libel in that the posting, exhibit 3 is egregious and provides no basis in fact or language to the contrary to provide opinion of the writer but the intent to harm the reputation and business. *See*, exhibit 3 in which Defendants caption claims Plaintiff as a Scamster and continues with the claims of illegal and nefarious trade practice of which no fact can be concluded. Plaintiff claims these are the malicious intent of the Defendants and relief under the law should be granted.

28.    Plaintiff seeks the posting be removed immediately to mitigate the damage and business of the Plaintiff.

<b><u>PETITION FOR RELIEF</u></b>

WHEREFORE, Plaintiff requests the following relief from the Court:

29.    A judgment against Defendants known and unknown for Defamation of Character in using the internet and blogger website Wordpress.com to defame by libelous intentions on Plaintiff's without justification;

30.    A judgment for negligence on the part of Wordpress.com for failure to mitigate damages as required in the interests of the Plaintiffs reputation and good name;

31.    Plaintiff seeks relief in a defamation case in that, it issues a demand for retraction, the defendant has 20 days to comply. If the defendant chooses to comply and retract the defamatory statement as requested, this mitigates the amount of damages the plaintiff would be able to recover should the case still go on to trial. If the defendant refuses to comply with retraction notice by letting the requisite 20 days lapse, then the case can go to trial, and the plaintiff has the opportunity to collect unmitigated damages, and asks for such relief.

Complaint for Defamation of Character (libel) and Relief

32.     Additionally, Plaintiff seeks damages in the amount of $ 150,00.00 for actual damages, punitive damages, emotional distress damages, as available by law and reasonable legal fees and expenses incurred to restore his good name back to before the libel act occurred, with this and all other such relief as this court deems available.

33.     Furthermore, Plaintiff seeks an injunctive relief against all Defendants for the continued posting and requests that all postings and access to the website in Wordpress.com by http protocol in https://lascams.wordpress.com/author/thegatekeeper33/ be removed from the website in instanter.

34.     For such other relief as the Court deems just and equitable under the circumstances.

Dated this 27 day of January 2018.

By: _____

Mark Tzalka
lawful state Citizen
Pre Pre-Plaintiff

RG32018                                    Complaint for Defamation of Character (libel) and Relief

**VERIFICATION BY OATH**

I am Mark Tzalka, lawful state Citizen, the Plaintiff in this case, and qualified to make this verification. To the best of my knowledge, information and belief, the facts and allegations contained above are true and correct. This verification I make by oath under penalty of perjury on March 27, 2018.

By: _____

Mark Tzalka
lawful state Citizen
Pro Pre-Plaintiff

RG32018                                    Complaint for Defamation of Character (libel) and Relief

# Contact Information

## Registrant Contact
Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:      domains@automattic.com

## Admin Contact
Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:      domains@automattic.com

## Tech Contact
Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:      domains@automattic.com

## Registrar
WHOIS Server: whois.markmonitor.com
URL: http://www.markmonitor.com
Registrar: MarkMonitor, Inc.
IANA ID: 292

Abuse Contact Email:      abusecomplaints@markmonitor.com

*EXHIBIT 1*

Abuse Contact Phone: +1.2083895740

## Status

Domain Status:clientUpdateProhibited
(https://www.icann.org/epp#clientUpdateProhibited)
Domain Status:clientTransferProhibited
(https://www.icann.org/epp#clientTransferProhibited)
Domain Status:clientDeleteProhibited
(https://www.icann.org/epp#clientDeleteProhibited)
Domain Status:serverUpdateProhibited
(https://www.icann.org/epp#serverUpdateProhibited)
Domain Status:serverTransferProhibited
(https://www.icann.org/epp#serverTransferProhibited)
Domain Status:serverDeleteProhibited
(https://www.icann.org/epp#serverDeleteProhibited)

## Important Dates

Updated Date: 2017-01-13
Created Date: 2004-06-19
Registrar Expiration Date: 2018-06-18

## Name Servers

ns3.automattic.com
ns4.automattic.com
ns1.automattic.com
ns2.automattic.com

## Raw WHOIS Record

```
Domain Name: automattic.com
Registry Domain ID: 122884515_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2017-01-13T14:25:26-0800
Creation Date: 2004-06-18T21:36:05-0700
Registrar Registration Expiration Date: 2018-06-
18T00:00:00-0700
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email:
abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895740
Domain Status: clientUpdateProhibited
(https://www.icann.org/epp#clientUpdateProhibited)
```

EXHIBIT 1

```
Domain Status: clientTransferProhibited
(https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientDeleteProhibited
(https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: serverUpdateProhibited
(https://www.icann.org/epp#serverUpdateProhibited)
Domain Status: serverTransferProhibited
(https://www.icann.org/epp#serverTransferProhibited)
Domain Status: serverDeleteProhibited
(https://www.icann.org/epp#serverDeleteProhibited)
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: Automattic, Inc.
Registrant Street: 60 29th Street, #343
Registrant City: San Francisco
Registrant State/Province: CA
Registrant Postal Code: 94110
Registrant Country: US
Registrant Phone: +1.8772738550
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@automattic.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Automattic, Inc.
Admin Street: 60 29th Street, #343
Admin City: San Francisco
Admin State/Province: CA
Admin Postal Code: 94110
Admin Country: US
Admin Phone: +1.8772738550
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@automattic.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Automattic, Inc.
Tech Street: 60 29th Street, #343
Tech City: San Francisco
Tech State/Province: CA
Tech Postal Code: 94110
Tech Country: US
Tech Phone: +1.8772738550
Tech Phone Ext:
Tech Fax:
```

EXHIBIT 1

```
Tech Fax Ext:
Tech Email: domains@automattic.com
Name Server: ns3.automattic.com
Name Server: ns4.automattic.com
Name Server: ns1.automattic.com
Name Server: ns2.automattic.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-03-15T06:51:55-0700
<<<

The Data in MarkMonitor.com's WHOIS database is provided by
MarkMonitor.com for
information purposes, and to assist persons in obtaining
information about or
related to a domain name registration record.
MarkMonitor.com does not guarantee
its accuracy.  By submitting a WHOIS query, you agree that
you will use this Data
only for lawful purposes and that, under no circumstances
will you use this Data to:
 (1) allow, enable, or otherwise support the transmission
of mass unsolicited,
    commercial advertising or solicitations via e-mail
(spam); or
 (2) enable high volume, automated, electronic processes
that apply to
    MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at
any time.
By submitting this query, you agree to abide by this
policy.

MarkMonitor is the Global Leader in Online Brand
Protection.

MarkMonitor Domain Management(TM)
MarkMonitor Brand Protection(TM)
MarkMonitor AntiPiracy(TM)
MarkMonitor AntiFraud(TM)
Professional and Managed Services

Visit MarkMonitor at http://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

EXHIBIT 1

For more information on Whois status codes, please visit
 https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

For more information on Whois status codes, please visit
 https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

*EXHIBIT 2*

# Contact Information

## Registrant Contact

Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:     domains@automattic.com

## Admin Contact

Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:     domains@automattic.com

## Tech Contact

Name: Domain Admin
Organization: Automattic, Inc.
Mailing Address: 60 29th Street, #343, San Francisco CA 94110 US
Phone: +1.8772738550
Ext:
Fax:
Fax Ext:

Email:     domains@automattic.com

## Registrar

WHOIS Server: whois.markmonitor.com
URL: http://www.markmonitor.com
Registrar: MarkMonitor, Inc.
IANA ID: 292

Abuse Contact Email:     abusecomplaints@markmonitor.com

EX-2

Abuse Contact Phone: +1.2083895740

## Status

Domain Status:clientUpdateProhibited
(https://www.icann.org/epp#clientUpdateProhibited)
Domain Status:clientTransferProhibited
(https://www.icann.org/epp#clientTransferProhibited)
Domain Status:clientDeleteProhibited
(https://www.icann.org/epp#clientDeleteProhibited)
Domain Status:serverUpdateProhibited
(https://www.icann.org/epp#serverUpdateProhibited)
Domain Status:serverTransferProhibited
(https://www.icann.org/epp#serverTransferProhibited)
Domain Status:serverDeleteProhibited
(https://www.icann.org/epp#serverDeleteProhibited)

## Important Dates

Updated Date: 2017-01-13
Created Date: 2000-03-03
Registrar Expiration Date: 2020-03-03

## Name Servers

ns4.wordpress.com
ns1.wordpress.com
ns3.wordpress.com
ns2.wordpress.com

## Raw WHOIS Record

```
Domain Name: wordpress.com
Registry Domain ID: 21242797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2017-01-13T14:26:51-0800
Creation Date: 2000-03-03T04:13:23-0800
Registrar Registration Expiration Date: 2020-03-
03T04:13:23-0800
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email:
abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895740
Domain Status: clientUpdateProhibited
(https://www.icann.org/epp#clientUpdateProhibited)
```

Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: serverUpdateProhibited (https://www.icann.org/epp#serverUpdateProhibited)
Domain Status: serverTransferProhibited (https://www.icann.org/epp#serverTransferProhibited)
Domain Status: serverDeleteProhibited (https://www.icann.org/epp#serverDeleteProhibited)
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: Automattic, Inc.
Registrant Street: 60 29th Street, #343
Registrant City: San Francisco
Registrant State/Province: CA
Registrant Postal Code: 94110
Registrant Country: US
Registrant Phone: +1.8772738550
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@automattic.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Automattic, Inc.
Admin Street: 60 29th Street, #343
Admin City: San Francisco
Admin State/Province: CA
Admin Postal Code: 94110
Admin Country: US
Admin Phone: +1.8772738550
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@automattic.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Automattic, Inc.
Tech Street: 60 29th Street, #343
Tech City: San Francisco
Tech State/Province: CA
Tech Postal Code: 94110
Tech Country: US
Tech Phone: +1.8772738550
Tech Phone Ext:
Tech Fax:

```
Tech Fax Ext:
Tech Email: domains@automattic.com
Name Server: ns4.wordpress.com
Name Server: ns1.wordpress.com
Name Server: ns3.wordpress.com
Name Server: ns2.wordpress.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-03-15T07:07:56-0700
<<<

The Data in MarkMonitor.com's WHOIS database is provided by
MarkMonitor.com for
information purposes, and to assist persons in obtaining
information about or
related to a domain name registration record.
MarkMonitor.com does not guarantee
its accuracy.  By submitting a WHOIS query, you agree that
you will use this Data
only for lawful purposes and that, under no circumstances
will you use this Data to:
 (1) allow, enable, or otherwise support the transmission
of mass unsolicited,
     commercial advertising or solicitations via e-mail
(spam); or
 (2) enable high volume, automated, electronic processes
that apply to
     MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at
any time.
By submitting this query, you agree to abide by this
policy.

MarkMonitor is the Global Leader in Online Brand
Protection.

MarkMonitor Domain Management(TM)
MarkMonitor Brand Protection(TM)
MarkMonitor AntiPiracy(TM)
MarkMonitor AntiFraud(TM)
Professional and Managed Services

Visit MarkMonitor at http://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

EX-2

For more information on Whois status codes, please visit
 https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

EXHIBIT-3

# LA SCAMS

## Chronicling Petty Fraud and Scamsters

Menu

- Home
- About

HomeMark Tzalka: Scamster of The Week

# Mark Tzalka: Scamster of The Week

Image August 24, 2014 thegatekeeper33 Los Angeles, Mark Tzalka

For this segment, we are featuring Mark Tzalka of Los Angeles in a new "Scamster of The Week" editorial.

Mark Tzalka is special sort of thief and liar in that he has a respectable background but, somewhere along the line he strayed far off from a decent and moral course.

Regardless, his actions have caused incalculable harm to many families in the Southern California area and also abroad as well. He is responsible for crushing dreams, retirement savings plans, college funds, and was the mastermind of an old school Forex scam based out of Brisbane, Australia.

He now buys and sells shell businesses to weak and trusting entrepreneurs. He specifically targets many would be investors from the new immigrant communities here in LA who are unfamiliar with the various intricacies of transferring a business in a large city.

EX-3



Behind these chins and eyes is a very evil man…

Tzalka also skims from each financial transaction in addition to inflating the overall value of the business being sold (taxes included).

In a matter of days the purchaser is left with a dead company that exists only on paper and is virtually a non entity.

So if you are interested in doing business with this man… perhaps it best to find someone else.


No need to thank me.

Your friend,

-SM

**Share this:**

- Twitter
- Facebook
- Google
- 

**Like this:**

**Leave a Reply**





Fill in your details below or click an icon to log in:

(required)(Address never made public)(required)WordPress.com( Log Out / Change )( Log Out / Change )( Log Out / Chang e )( Log Out / Change )

Create a free website or blog at WordPress.com.